UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CHET MICHAEL WILSON

   25-cv-5503

  v.

   NOTICE OF MOTION TO
   ADMIT COUNSEL PRO
   HAC VICE

BETTER MORTGAGE CORP.

-----------------------------------------------------------X

TO:   Opposing Counsel
   _____

   _____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Anthony Paronich__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Paronich Law, P.C.__ and a member in good standing of the bar(s) of the State(s) of __Massachusetts__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiff__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

   Respectfully submitted,

Dated: July 3, 2025

   _____
   Signature of Movant
   Firm Name __Paronich Law, P.C.__
   Address __350 Lincoln Street, Suite 2400__
   __Hingham, MA 02043__
   Email __anthony@paronichlaw.com__
   Phone __(617) 485-0018__

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 23, 2010**, said Court being the highest Court of Record in said Commonwealth:

## Anthony Paronich

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **twenty-third** day of **June**

in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County