UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------

-CHET MICHAEL WILSON

                  Plaintiff(s),

v.

BETTER MORTGAGE CORP.
                  Defendant(s).

--------------------------------------------------------

__25-cv-5503_____

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

I, Anthony Paronich, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Paronich Law, P.C.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Massachusetts.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I t Have no been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case _25-cv-5503_ for ____Plaintiff_____.

Date: July 2, 2025

Hingham_____, MA

*Anthony J. Paronich*
_____
Signature of Movant
Firm Name Paronich Law, P.C.
Address 350 Lincoln Street, Suite 2400
Hingham, MA 02043

Email anthony@paronichlaw.com
Phone (617) 485-0018

NOTARIZED James E Purl
_____
ID NUMBER
135153474
COMMISSION EXPIRES
October 31, 2028

Notary Public, State of Texas

Sworn to and subscribed before me

on 07/02/2025 by Anthony Paronich.

*James E Purl*

State of Texas
County of Tarrant

Electronically signed and notarized online using the Proof platform.