UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHET MICHAEL WILSON,

                      Plaintiff,

-against-

BETTER MORTGAGE CORP.
                      Defendant.

25 cv 5503 ( )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of **Anthony Paronich**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Massachusetts**; and that his/her contact information is as follows (please print):

Applicant's Name: Anthony I. Paronich
Firm Name: PARONICH LAW, P.C.
Address: 350 Lincoln Street, Suite 2400
City / State / Zip: Hingham, MA 02043
Telephone / Fax: (508) 221-1510

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **CHET MICHAEL WILSON** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge