AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25cv5503

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Better Mortgage Corp. C/O CT CORPORATION SYSTEM</u> was received by me on *(date)* <u>Jul 7, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Andrew Glazer, Process Specialist</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Better Mortgage Corp. C/O CT CORPORATION SYSTEM</u> at 155 FEDERAL ST, STE 700, BOSTON, MA 02110 on *(date)* <u>Tue, Jul 08 2025 @ 3:16pm</u>; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$</u>

I declare under penalty of perjury that this information is true.

Date: 07/08/2025

_____
*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person
_____
*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 8, 2025, 3:16 pm EDT at 155 Federal Street, Suite 700, Boston, MA 02110 received by Andrew Glazer, Process Specialist .

**Documents Served:** SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; AND COMPLAINT - CLASS ACTION JURY TRIAL DEMANDED