**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
CHET MICHAEL WILSON,

                    Plaintiff,

          -against-                                    25 _cv_ 5503 _(PAE)_

BETTER MORTGAGE CORP.                        **ORDER FOR ADMISSION**
                    Defendant.                         **PRO HAC VICE**

_____

     The motion of ___Anthony Paronich_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

     Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

Massachusetts
_____; and that his/her contact information is as follows

(please print):

     Applicant's Name: ___Anthony I. Paronich_____

     Firm Name: ___PARONICH LAW, P.C._____

     Address: ___350 Lincoln Street, Suite 2400_____

     City / State / Zip: ___Hingham, MA 02043_____

     Telephone / Fax: ___(508) 221-1510_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

     CHET MICHAEL WILSON
_____ in the above entitled action;

     **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated: _July 16, 2025_                      _Paul A Engelmayer_
                                            _____
                                            United States District / ~~Magistrate Judge~~