UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>BETTER MORTGAGE CORP.,<br><br>Defendant. | Civil Action No. 1:25-cv-05503-PAE<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and All Parties of Record:

Please enter my appearance for Defendant Better Mortgage Corp. in the above-captioned matter.

I hereby certify that I am a member in good standing of the bar of this Court.

Dated:   New York, New York
         July 24, 2025

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ John W. McGuinness*
    John W. McGuinness
    1050 Connecticut Ave., NW
    Suite 600
    Washington, DC 20036
    310-312-4000
    Fax: 202-585-6600
    Email: jmcguinness@manatt.com

    *Attorneys for Defendant*
    *Better Mortgage Corp.*