UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>BETTER MORTGAGE CORP.,<br><br>Defendant. | Civil Action No. 1:25-cv-05503-PAE<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Better Mortgage Corporation hereby certifies that: Better Mortgage Corporation is a non-governmental owned corporation organized under the laws of the State of California, with its principal place of business in New York, New York, and is an indirect wholly-owned subsidiary of Better Home & Finance Holding Company.

Dated: New York, New York  
July 24, 2025

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ John W. McGuinness*  
John W. McGuinness  
1050 Connecticut Ave., NW  
Suite 600  
Washington, DC 20036  
310-312-4000  
Fax: 202-585-6600  
Email: jmcguinness@manatt.com

Bryce T. Brenda  
7 Times Square  
New York, NY 10036  
Telephone: (212) 790-4599  
Facsimile: (212) 790-4545  
E-Mail: bbrenda@manatt.com

*Attorneys for Defendant*  
*Better Mortgage Corp.*