UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>BETTER MORTGAGE CORP.,<br><br>Defendant. | Civil Action No. 1:25-cv-05503-PAE<br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and All Parties of Record:

Please enter my appearance for Defendant Better Mortgage Corp. in the above-captioned matter.

I hereby certify that I am a member in good standing of the bar of this Court.

Dated:  New York, New York
        July 24,, 2025

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By:  */s/ Bryce T. Brenda*
     Bryce T. Brenda
     7 Times Square
     New York, NY 10036
     Telephone:  (212) 790-4599
     Facsimile: (212) 790-4545
     E-Mail: bbrenda@manatt.com

     *Attorneys for Defendant*
     *Better Mortgage Corp.*