UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*, | Civil Action No. 1:25-cv-05503-PAE |
| Plaintiff, | Hon. Paul A. Engelmayer |
| vs. | **NOTICE OF MOTION TO DISMISS** |
| BETTER MORTGAGE CORP., | **ORAL ARGUMENT REQUESTED** |
| Defendant. | |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated August 28, 2025, Defendant Better Mortgage Corp. will move this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1305, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure dismissing all claims, or striking the class allegations, of Plaintiff Chet Michael Wilson on behalf of himself and a class of similarly situated individuals, and for any other and further relief the Court deems equitable and just.

Dated:  New York, New York        Respectfully submitted,
           August 28, 2025
                                            MANATT, PHELPS & PHILLIPS, LLP

                                     By*: /s/ John W. McGuinness*
                                          John W. McGuinness
                                          Bryce T. Brenda
                                          7 Times Square
                                          New York, NY 10036
                                          Telephone:  (212) 790-4599
                                          Facsimile: (212) 790-4545
                                          jmcguinness@manatt.com
                                          bbrenda@manatt.com

                                     *Attorneys for Defendant*
                                     *Better Mortgage Corp.*