UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BETTER MORTGAGE CORP.,<br><br>　　　　　Defendant. | Civil Action No. 1:25-cv-05503-PAE<br><br>Hon. Paul A. Engelmayer<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated September 23, 2025, Defendant Better Mortgage Corp. will move this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1305, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure dismissing the First Amended Complaint, ECF No. 16, in its entirety, or striking the class allegations, of Plaintiff Chet Michael Wilson with prejudice, and for any other and further relief the Court deems equitable and just.

-2-

|  |  |
|---|---|
| Dated: New York, New York<br>September 23, 2025 | Respectfully submitted,<br><br>MANATT, PHELPS & PHILLIPS, LLP<br><br>By: */s/ John W. McGuinness*<br>John W. McGuinness<br>Bryce T. Brenda<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 790-4599<br>Facsimile: (212) 790-4545<br>jmcguinness@manatt.com<br>bbrenda@manatt.com<br><br>*Attorneys for Defendant*<br>*Better Mortgage Corp.* |