# PARONICH LAW, P.C.

350 Lincoln St., Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

October 1, 2025

*VIA ECF*

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Wilson v. Better Mortgage Corp.*, No. 1:25-cv-05503-PAE — Plaintiff's Unopposed Letter-Motion for Leave to File Five Additional Pages

Dear Judge Engelmayer:

  Plaintiff respectfully moves, pursuant to Fed. R. Civ. P. 7(b), Local Civil Rule 7.1, and the Court's Individual Rules and Practices, for leave to file an opposition memorandum not to exceed 30 pages (i.e., five pages beyond the default 25-page limit) in response to Defendant's motion to dismiss and to strike class allegations.

  The Defendant's motion raises multiple independent grounds including the statutory coverage of text messages under § 227(c), the adequacy of alleging "telephone solicitation" content as well as the ability to pursue willful or knowing violations for treble damages, and striking all class allegations under Rules 12(f), each of which requires discussion of controlling and recent authorities. The additional pages will allow Plaintiff to present a focused, non-redundant brief that addresses the issues in discrete sections, avoiding piecemeal filings or unnecessary footnote over-crowding. The requested relief does not require any change to the current briefing schedule, and Defendant does not oppose this request. Defendant's counsel confirmed on October 1, 2025 that Plaintiff may represent this motion as unopposed.

  This is Plaintiff's first request to exceed the page limit. Granting it will aid the Court's consideration of the issues without prejudice to any party.

         Regards,

         */s/ Anthony I. Paronich*

         Anthony I. Paronich

GRANTED.

SO ORDERED.

Date: October 2, 2025
      New York, New York

_____
Paul A. Engelmayer
United States District Judge