**manatt**

**John W. McGuinness**
Manatt, Phelps & Phillips, LLP
Direct Dial: (202) 585-6540
JMcGuinness@manatt.com

October 3, 2025

**VIA CM/ECF DOCKET**

Hon. Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Wilson v. Better Mortgage Corp.,* **Case No. 1:25-cv-05503 (S.D.N.Y.)**
**Unopposed Request for Extension of Time for Defendant to File a Reply in Support of its Motion to Dismiss and/or Strike**

Dear Judge Engelmayer:

Our firm represents Defendant Better Mortgage Corp. ("Defendant") in the above-referenced matter. Pursuant to Rule 1.E. of Your Honor's Individual Rules and Practices in Civil Cases, Defendant respectfully submits this <u>unopposed</u> letter motion requesting an extension of time of fourteen (14) days, to and including <u>October 23, 2025</u>, of Defendant's deadline to file a Reply in support of its Motion to Dismiss and/or Strike Plaintiff's First Amended Complaint (ECF 17, the "Motion"). In support thereof, Defendant respectfully states the following:

1.  Defendant filed the Motion on September 23, 2025. *See* ECF 17. Plaintiff filed an Opposition to the Motion on October 2, 2025, making Defendant's current deadline to file a Reply in support of the Motion October 9, 2025. *See* ECF 23.

2.  Defendant seeks a 14-day extension of the foregoing deadline due to the additional length of the Opposition brief (*see* ECF 21), which incorporates extensive authority and requires additional analysis than a standard-length brief, and to accommodate other personal and professional obligations of counsel. Plaintiff does not oppose this extension. Thus, the requested extension is for good cause, is not made for the purpose of delay, will not impact the timely resolution of this matter, and will not result in any prejudice.

3.  Defendant has not made a previous request for an extension of said deadline.

4.  On October 2, 2025, counsel for Defendant conferred with counsel for Plaintiff, Anthony Paronich, who indicated in writing to Defendant's counsel the same day that Plaintiff

1050 Connecticut Ave. NW, Suite 600, Washington, D.C. 20036   Telephone: 202.585.6500   Fax: 202.585.6600

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.

# manatt

Hon. Paul A. Engelmayer
October 3, 2025
Page 2

does not oppose a fourteen (14) day extension of time for Defendant to file a Reply in support of its Motion.

    4.    The requested extension does not impact any other deadlines in this matter.

For all of the following reasons, Defendant respectfully requests that the Court grant the requested extension, and accordingly enter an order extending Defendant's deadline to file a Reply in support of its Motion to Dismiss and/or Strike Plaintiff's First Amended Complaint to and including <u>October 23, 2025</u>, along with granting Defendant all other relief the Court deems just and proper.

Respectfully submitted,

*/s/ John W. McGuinness*

John W. McGuinness
Manatt, Phelps & Phillips, LLP

*Counsel for Defendant*
*Better Mortgage Corp.*