UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,

                                Plaintiff,

                    -v-

BETTER MORTGAGE CORP.,

                                Defendant.

25 Civ. 5503 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    For the reasons discussed during today's initial conference, the Court stays discovery pending resolution of the motion to dismiss by defendant Better Mortgage Corp. ("Better Mortgage"), without prejudice to a potential application by plaintiff Chet Michael Wilson to lift the stay based on Better Mortgage's forthcoming affidavit concerning its information preservation measures. At today's conference, the Court directed Better Mortgage to file, by November 12, 2025, an attorney affidavit that describes with particularity: (1) the measures taken by Better Mortgage to ensure that all information relevant to the claims in the amended complaint is preserved; and (2) whether any such information is held by third-party vendors or otherwise outside Better Mortgage's possession, and, if so, the measures taken to preserve that information.

    SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 4, 2025
      New York, New York