UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>BETTER MORTGAGE CORP.,<br><br>Defendant. | Civil Action No. 1:25-cv-05503-PAE |

### AFFIDAVIT OF BRYCE T. BRENDA, ESQ. REGARDING BETTER MORTGAGE CORP.'S INFORMATION PRESERVATION EFFORTS

I, Bryce T. Brenda, declare under 28 U.S.C. § 1746:

1. I am an associate with Manatt, Phelps & Phillips, LLP, counsel for Defendant Better Mortgage Corp. ("Better"). I submit this affidavit pursuant to the Court's Order, dated November 4, 2025, directing Better to submit an attorney affidavit concerning its information and document preservation measures. *See* ECF No. 28 (the "Order").

2. I have conveyed the Court's directive—as laid out in the Order and as discussed during the November 4 initial conference—to Better. Better has confirmed that: (1) an internal litigation hold notice has been sent to select Better employees in connection with the above-referenced litigation to ensure that all information and documents relevant to the claims in the First Amended Complaint (ECF No. 16) are preserved, and (2) to the best of Better's knowledge, no third-party vendors have any such information or documents.

3. The litigation hold requires Better employees who may have information or documents related to the litigation to retain such information and documents and instructs such employees to preserve, among other things, any records concerning Better's lead sourcing,

Telephone Consumer Protection Act compliance measures, Do-Not-Call policies and procedures, any communications with Plaintiff or his phone number, and all text messages to or from any person or business referencing Better during the relevant time period of July 2, 2021 to present. For the avoidance of doubt, Better does not claim to be in possession of all of categories of information or documents referenced in the notice or this affidavit, but merely identifies the types of information and documents Better has instructed certain employees to hold pending this litigation.

4.  The aforementioned litigation hold notice has been sent to various leaders to ensure effective dissemination and implementation within their respective departments, including to the: Senior Vice President of Growth, Marketing; Senior Paid Media Manager; Compliance Manager, Privacy and Risk; Senior Loan Consultant, Direct to Consumer; and Loan Consultant, Direct to Consumer.

5.  To ensure full compliance with its preservation obligations, Better also instituted holding measures for documents and information potentially in the possession of former employees who may have had information and documents relevant to this litigation, including those formerly in the following positions: Associate General Counsel; Home Advisor; Associate Home Advisor; Sales Development Associate; Sales Development Associate; Associate Home Advisor; Head of Purchase; and Senior Manager, Home Advisor.

6.  Upon information and belief, other third-party records may exist in relation to Plaintiff's claim, such as carrier and internet service provider records. Better lacks sufficient information at this time to identify who those entities may be, but understands any such third parties to be within Plaintiff's knowledge, and thus relies upon Plaintiff to ensure preservation of the same.

      I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of November 2025 at New York, New York.

                                                          BRYCE T. BRENDA