IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BETTER MORTGAGE CORP.<br><br>    Defendant. | CIVIL ACTION FILE NO. 1:25-cv-05503-PAE |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully submits this Notice of Supplemental Authority to bring to the Court's attention the recent decision in *Mujahid v. Newity, LLC,* 2025 U.S. Dist. LEXIS 221088 (N.D. Ill.) (Nov. 10, 2025), which directly addresses arguments raised in Defendant's motion to dismiss. A copy of that decision is attached as <u>Exhibit 1</u>. Notably the law firm for the Plaintiff and law firm for the Defendant were the same in *Newity* that they are in this matter.

The Court in *Newity* undertook a full statutory-interpretation analysis and held that the phrase "telephone call," as used in § 227(c), encompasses text messages. The Court's conclusion rested on several grounds: (1) the ordinary meaning of a "call" includes attempts to communicate by telephone, which modern usage recognizes as including written text messages; (2) the structure of § 227 demonstrates that Congress intended consistent usage of the term "call" throughout the statute; (3) Supreme Court and other precedent interpreting "call" under § 227(b) uniformly holds that a text message is a call; (4) FCC guidance confirms that both voice calls and text messages are covered; and (5) the purpose of § 227(c)—protecting residential subscribers from unwanted solicitations—would be undermined by excluding text message solicitations.

The decision provides persuasive support for Plaintiff's position that unwanted text messages fall within the protections of § 227(c) and that Defendant's motion to dismiss should be denied.

Dated: November 13, 2025                    PLAINTIFF,
                                            By his attorney

                                            */s/ Anthony Paronich*
                                            Anthony I. Paronich
                                            Paronich Law, P.C.
                                            350 Lincoln Street, Suite 2400
                                            Hingham, MA 02043
                                            (508) 221-1510
                                            anthony@paronichlaw.com
                                            **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

On November 13, 2025, I electronically served the foregoing document on counsel of record for the Defendant through the Court's CM/ECF System.

                                            */s/ Anthony Paronich*