UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>BETTER MORTGAGE CORP.,<br><br>Defendant. | Civil Action No. 1:25-cv-05503-PAE<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |

    PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, I, Bryce T. Brenda, an associate with the law firm of Manatt, Phelps & Phillips, LLP and attorney for Defendant Better Mortgage Corp., hereby withdraws as attorney of record for Defendant, as I am leaving Manatt, Phelps & Phillips, LLP and will no longer represent Defendant. I am not asserting a retaining or charging a lien. Defendant will continue to be represented by John W. McGuinness of Manatt, Phelps & Phillips, LLP.

Dated: New York, New York
December 29, 2025

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Bryce T. Brenda*
    Bryce T. Brenda
    7 Times Square
    New York, NY 10036
    Telephone: (212) 790-4599
    Facsimile: (212) 790-4545
    E-Mail: bbrenda@manatt.com

GRANTED.

SO ORDERED.

Date: December 30, 2025
      New York, New York

PAUL A. ENGELMAYER
United States District Judge