UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------- X
                                                                    :
Chet Michael Wilson                                                 :
Plaintiff,                                                          :
                                                                    :
                                                                    :
                                                                    :       1:25-cv-05503-PAE
             -v-                                                    :
                                                                    :
Better Mortgage Corp.                                               :
Defendants.                                                         :
                                                                    :
                                                                    :
                                                                    :
                                                                    :
------------------------------------------------------------------- X
```

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.


Dated: February 24, 2026            PLAINTIFF, on behalf of himself
                                    and others similarly situated,


                                    <u>/s/ Anthony I. Paronich</u>
                                    Anthony I. Paronich, *Pro Hac Vice*
                                    Paronich Law, P.C.
                                    350 Lincoln Street, Suite 2400
                                    Hingham, MA 02043
                                    (508) 221-1510
                                    anthony@paronichlaw.com


                                    By: <u>/s/ John W. McGuinness</u>
                                    John W. McGuinness
                                    7 Times Square
                                    New York, NY 10036
                                    Telephone: (212) 790-4599
                                    Facsimile: (212) 790-4545

jmcguinness@manatt.com
*Attorneys for Defendant*
*Better Mortgage Corp.*