UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------------  X
                                                                       :
  Chet Michael Wilson                                                  :
  Plaintiff,                                                           :
                                                                       :
                                                                       :
                                                                       :        1:25-cv-05503-PAE
              -v-                                                       :
                                                                       :
  Better Mortgage Corp.                                                :
  Defendants.                                                          :
                                                                       :
                                                                       :
                                                                       :
                                                                       :
                                                                       :
---------------------------------------------------------------------  X
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P.

41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed

without prejudice.

Dated: June 30, 2026                    PLAINTIFF, on behalf of himself
                                        and others similarly situated,

                                        _____
                                        Anthony I. Paronich, *Pro Hac Vice*
                                        Paronich Law, P.C.
                                        350 Lincoln Street, Suite 2400
                                        Hingham, MA 02043
                                        (508) 221-1510
                                        anthony@paronichlaw.com

1

Dated: June 29, 2026          DEFENDANT, on behalf of Better Mortgage Corp.

John W. McGuinness
Alexandra N. Krasovec
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
JMcGuinness@manatt.com
AKrasovec@manatt.com

2